IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

KYLE LEE AND CAROL LEE,

    Plaintiffs

vs.

WRIGHT NATIONAL FLOOD INSURANCE COMPANY,

    Defendant.

_____/

CASE NO.:

## PLAINTIFFS' COMPLAINT

**COME NOW** Plaintiffs, KYLE LEE AND CAROL LEE (hereinafter "Plaintiffs"), through undersigned counsel and hereby file this Complaint for Breach of Contract against WRIGHT NATIONAL FLOOD INSURANCE COMPANY (hereinafter "Defendant") and allege:

### GENERAL ALLEGATIONS

1. This is an action that seeks damages in excess of FIFTY THOUSAND U.S. DOLLARS ($50,000.00), exclusive of interest, costs, or attorney's fees and is otherwise within the jurisdictional limits of this Court.

2. At all times material hereto, Defendant was an insurance company authorized to do business in the State of Florida and doing business in Lee County, Florida.

3. At all times material hereto, the damaged property was situated in Lee County, Florida.

4. The Plaintiffs sought and purchased flood insurance from the now defunct United Property & Casualty Insurance Company to insure the property located at 5566 Whispering Willow Way, Fort Myers, FL 33908 (hereinafter "Property").

5. Upon United Property & Casualty Insurance Company's receivership, the policy of insurance, bearing policy number 87056950042021 (the "Policy") was transferred to Defendant. The Plaintiffs are not in possession of a complete copy of the Policy; however, the Policy is well known to, and is in the possession of, the Defendant. The Plaintiffs have requested a formal copy of the Policy through a Request to Produce attached hereto to the Plaintiffs' Complaint.

6. The Plaintiffs paid the premiums for the Policy. In exchange for the policy premiums paid by the Plaintiffs to the Defendant, the Defendant promised to insure the Plaintiffs' Property against the risk of direct loss.

7. On or about September 28, 2022, the Property sustained direct and physical damage, which resulted from Hurricane Ian (the "Loss").

8. Hurricane Ian was a large and destructive Category 5 Hurricane that caused widespread damage across Florida.

9. The Plaintiffs timely reported the Loss to the Defendant, which was assigned claim number TC8705695004202120220928 (hereinafter the "Claim").

10. The Plaintiffs have performed all conditions precedent to filing the suit or, alternatively, all such conditions have been waived by the Defendant.

11. This is an action relating to Defendant's breach of contract for its failure to properly pay the full amount of insurance proceeds owed to the Plaintiffs and erroneously denied or underpaid coverage under the Policy.

12. The Plaintiffs have standing to sue and own the cause of action under this policy.

13. The jurisdiction and venue of this matter are proper in the Circuit Court in and for Lee County, Florida.

## **COUNT I – BREACH OF CONTRACT**

The Plaintiffs re-incorporate and re-allege the allegations contained within Paragraphs One (1) through Sixteen (16) as if fully set forth within.

14. During the effective period of the Policy, the Property sustained direct and physical damage.

15. Pursuant to the terms and conditions of the Policy, the Defendant was obligated to indemnify the Plaintiffs for all damage sustained to the Property.

16. Though damage was significant, the Defendant denied and/or underpaid the Plaintiffs' Claim and failed to identify all damages.

17. The Defendant dispute coverage, and the extent of coverage should be applied in the instant matter.

18. The Defendant failed to take into consideration all relevant and applicable binding case law governing interpretation of policy language.

19. The Defendant breached the Policy by denying the Plaintiffs' Claim and failing to tender all insurance proceeds owed under the Policy to the Plaintiffs.

20. The Defendant breached the policy by denying and failing to issue payment to replace and/or repair the Property's exterior elevations.

21. The Defendant breached the policy by failing to issue payment for damage sustained to the Property's interior.

22.  As a direct and proximate result of Defendant's failure to honor its obligations to fully indemnify the Plaintiffs for the Loss, the Plaintiffs incurred and continue to incur significant damages.

**WHEREFORE**, the Plaintiffs demand judgment against Defendant for damages, including but not limited to damages owed under the Policy.

## DEMAND FOR JURY TRIAL

The Plaintiffs further demand a trial by jury of all issues so triable as a matter of right.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant via the Florida E Filing Portal.

**WALKER & FELKNOR of Ave Maria Law Office PLLC**
Attorney for Plaintiffs
12585 New Brittany Blvd
Fort Myers, Florida 33907
Phone:       (239) 350 5444
Email:       Dwight@avelawfirm.com
             Email@avelawfirm.com

By:    /s/ Dwight L. Walker II ESQ.
       Dwight L. Walker II ESQ.
       Florida Bar # 1004237